**Fill in this information to identify the case:**

Debtor 1    Latrell Taylor

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number   19-15318-mdc

Official Form 410S1
# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Trust, National Association, not in its Individual Capacity, but solely as Trustee for MFRA Trust 2016-1

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 7 4 4 3

**Date of payment change:**
Must be at least 21 days after date of this notice    08/24/2020

**New total payment:**    $ 907.06
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 5.392 %    New interest rate: 5.020 %
   Current principal and interest payment: $ 559.92    New principal and interest payment: $ 528.95

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1  **Latrell Taylor**
      First Name    Middle Name    Last Name

Case number (*if known*) **19-15318-mdc**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Angela C. Pattison
Signature

Date 07/10/2020

Print: **Angela C. Pattison**
First Name    Middle Name    Last Name

Title **Esquire**

Company **Hill Wallack LLP**

Address **777 Township Line Road**
Number    Street

**Yardley**    **PA**    **19067**
City    State    ZIP Code

Contact phone **215-579-7700**

Email **apattison@hillwallack.com**

Official Form 410S1    Notice of Mortgage Payment Change    page **2**



P.O. Box 619063
Dallas, TX 75261-9063

Business Hours (Central Time)
Monday - Thursday 8:00AM - 9:00PM
Friday 8:30AM - 5:30PM
Saturday 10:00AM - 4:00PM
Phone Number: (800) 495-7166

LATRELL A TAYLOR
MALIKA TAYLOR
2190 FRANKLIN AVE
MORTON PA 19070

June 22, 2020

Account Number:
Property Address:    2190 FRANKLIN AVE
RIDLEY TWP, PA 19070

### Changes to Your Mortgage Interest Rate and Payments on August 10, 2020

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 2 week period during which your interest rate stayed the same. That period ends on August 10, 2020, so on that date your interest rate and mortgage payment change. After that, your interest rate may change every 2 weeks for the rest of your loan term. Even though your interest rate adjusts every two weeks, your payment adjusts every 52 weeks.

|  | Current Rate and Bi-Weekly Payment | New Rate and Bi-Weekly Payment |
| --- | --- | --- |
| Interest Rate | 5.39200% | 5.02000% |
| Principal | $270.98 | $262.11 |
| Interest | $288.94 | $266.84 |
| Escrow (Taxes and Insurance) | $378.11 | $378.11 |
| **Total Bi-Weekly Payment** | **$938.03** | **$907.06** (due August 24, 2020) |

**Interest rate:** We calculated your interest rate on your adjustable rate mortgage (ARM) by taking a published "index rate", adding a certain number of percentage points, called the "margin", and taking into consideration any applicable rounding and interest rate caps. Under your loan agreement, your index rate is 1.37000% and your margin is 3.65000%. The 12 Month Avg of The 3-Month Treasury Bill is published monthly in the Federal Reserve Board.

**Projected Principal/Interest on Daily Simple Interest Loans:** Your loan accrues interest every day. Any payment received after the payment due date will result in additional accrued interest. The amount of the additional interest is referred to as "interest due". Ensuring that your payment is received on or before the payment due date will keep this amount from increasing. The "interest due" total doesn't affect the amount of your total payment due, but it will increase the total amount due at the time you pay off your loan.

**Interest Rate Limits:** Your interest rate will never be greater than 11.95000% or less than 3.65000% over the life of the loan.

**New Interest Rate and Bi-Weekly Payment:** The table above shows your new interest rate and new bi-weekly payment. Your new payment is based on the 12 Month Avg of The 3-Month Treasury Bill, your margin, any applicable rate limitations as stated above, your loan balance of $138,582.81 and your remaining amortizing term of 365 payment periods.

**Prepayment Penalty:** Not applicable

**If You Anticipate Problems Making Your Payments:**
Contact Fay Servicing at 800-495-7166 as soon as possible. If you seek an alternative to the upcoming changes to your interest rate and payment, the following options **may** be possible (most are subject to lender approval):

Refinance your loan with us or another lender;
Sell your home and use the proceeds to pay off your current loan;
Modify your loan terms with us;
Payment forbearance temporarily gives you more time to pay your monthly payment;

If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. If you would like contact information for a State Housing finance agency, visit the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov.

ACH Debit Borrowers:  You have previously authorized Fay Servicing, LLC, to automatically debit your bank account each month for the amount of your monthly payment of principal, interest, and escrow (if applicable).  Please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein.  Fay Servicing, LLC, is authorized to debit your bank account each month until you provide written or oral notice to stop.  Termination request must be received by Fay Servicing, LLC, at least three (3) business days prior to your next scheduled debit.

IF YOU ARE IN BANKRUPTCY, THIS IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOUR ACCOUNT WAS DISCHARGED IN BANKRUPTCY WITHOUT A REAFFIRMATION, YOUR SERVICER IS NOT ATTEMPTING TO COLLECT OR RECOVER THE DISCHARGED DEBT AS YOUR PERSONAL LIABILITY. INSTEAD, WE ARE PROVIDING THIS REQUIRED NOTICE THAT YOUR ADJUSTABLE RATE IS CHANGING.

AS A RESULT OF A BANKRUPTCY PROCEEDING, YOU MAY NOT BE PERSONALLY LIABLE FOR THE UNPAID PRINCIPAL BALANCE; HOWEVER, IF WE (AS BENEFICIARY OR BENEFICIARY'S AGENT) RETAIN A SECURITY LIEN ON THE REAL PROPERTY, IT IS SUBJECT TO FORECLOSURE IN ACCORDANCE WITH THE LAWS OF THE STATE WHERE LOCATED. IF YOU ARE NOT PERSONALLY LIABLE TO PAY THIS OBLIGATION BY REASON OF A BANKRUPTCY PROCEEDING, THIS IS NOT AN ATTEMPT TO COLLECT A DEBT, BUT IT IS INTENDED FOR INFORMATIONAL PURPOSES. QUESTIONS REGARDING YOUR BANKRUPTCY SHOULD BE MADE DIRECTLY TO YOUR ATTORNEY OR THE COURT APPOINTED TRUSTEE.

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose.  To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability.  Our office hours are Monday-Thursday 8:00 AM -  9:00 PM  Friday 8:30 AM -  5:00 PM, and Saturday 10:00 AM - 4:00 PM CST.  Call today: 1-800-495-7166.  NMLS ID# 88244.  NC residents:  Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial Pl., Suite 2000, Chicago, IL 60605-6011.

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (Philadelphia)

| | |
|---|---|
| IN RE:<br><br>**Latrell Taylor**<br>    Debtor | CHAPTER 13<br><br>CASE NO.: 19-15318-mdc |

### CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, of a Notice of Payment Change, in the manner indicated below:

| | |
|---|---|
| Latrell Taylor<br>2190 Franklin Avenue<br>Morton, PA 19070<br>**Debtor**<br><br>Malika Taylor<br>2190 Franklin Avenue<br>Morton, PA 19070<br>**Non- filing Co-Mortgagor**<br>**Via Regular Mail** | **WILLIAM C. MILLER, Esq.**<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>**Chapter 13 Trustee**<br>**Via ECF** |
| STEPHEN MATTHEW DUNNE<br>Dunne Law Offices, P.C.<br>1515 Market Street<br>Suite 1200<br>Philadelphia, PA 19102<br>**Counsel for Debtor**<br>**Via ECF** | U.S. Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106<br>**United States Trustee**<br>**Via ECF** |

Date: July 10, 2020

By: /s/ Angela C. Pattison, Esq.
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Telephone 215-579-7700
Facsimile 215-579-9248
Email: apattison@hillwallack.com

{08041134; 1}